# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Denise Mercado

CASE NO. C 08-04956 PVT

Plaintiff(s),

v.

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Experian Information Solutions, Inc.;
Rickenbacker Group, Inc.

Defendant(s).

_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE)   (ADR L.R. 5)
- [✔] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- [ ] Private ADR (*please identify process and provider*)

The parties agree to hold the ADR session by:
- [✔] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

- [ ] other requested deadline

Dated: 3/3/09                                   Mark F Anderson
                                                Attorney for Plaintiff

Dated: 3/3/09                                   Phuong N Fingerman
                                                Attorney for Defendant

                                                Rickenbacker Group, Inc.

Page Two to Stipulation & Order Selecting ADR Process, *Mercado v Experian*—Defense Counsel

Dated: March 3, 2009.

/s/Angela Taylor
JONES DAY
3 Park Plaza, Ste 1100
Irvine, CA 92614
Phone: (949) 553-7560
Fax: (949) 553-7539
email: ataylor@jonesday.com
Attorneys for Experian Information Solutions, Inc.

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☑ Mediation
- ☐ Private ADR

Deadline for ADR session

- ☑ 90 days from the date of this order.
- ☐ other _____.

IT IS SO ORDERED.

Dated: March _4_, 2009

*Patricia V. Trumbull*

_____

UNITED STATES MAGISTRATE JUDGE