1  STEPHEN A. SCOTT (SBN 67467)
   sscott@hayesdavis.com
2  PHUONG N. FINGERMAN (SBN 226772)
   pfingerman@hayesdavis.com
3  HAYES DAVIS BONINO
   ELLINGSON McLAY & SCOTT, LLP
4  203 Redwood Shores Parkway, Suite 480
   Redwood Shores, California 94065
5  Telephone: 650.637.9100
   Facsimile: 650.637.8071
6
   Attorneys for Defendant Rickenbacker Group, Inc.
7

8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12 | DENISE MERCADO,                              | CASE NO. C 08 04956 RMW
13 |         Plaintiff,                           | [PROPOSED] ORDER
   |                                              | U.S. District Court, Northern District, ADR
14 |    v.                                        | Local Rules, Rule 6-10
15 | EXPERIAN INFORMATION SOLUTIONS,              |
   | INC.; RICKENBACKER GROUP, INC., a            | Mediation Date: June 1, 2009
16 | California corporation dba Collection Services, | Time: 9:30 a.m.
   |                                              | Place: 18th Floor, Federal
17 |         Defendants.                          |         Building,
   |                                              |         450 Golden Gate Ave.
18 |                                              |         San Francisco, CA
   |                                              | Mediator: Jonathan Schmidt
19

20      Pursuant to United States District Court for the Northern District, ADR Local Rules, Rule 6-
21 10, Defendant RICKENBACKER GROUP, INC. ("Rickenbacker") hereby requests that its
22 insurance company representative be allowed to attend the mediation scheduled for June 1, 2009 by
23 telephone, on the following grounds:
24      This civil action involves claims against Rickenbacker for alleged violations of the FCRA
25 and FDCPA. The case does not involve any unique or complicated issues, and the settlement
26 demand to Rickenbacker is $25,000. Based on other mediations involving this insurance company,
27 Rickenbacker believes mediation can be successfully concluded with its representative attending by
28 telephone from the East Coast.

199177
                                           -1-
                                    [PROPOSED] ORDER

1  Given the limited facts, issues and damages in this case, the personal attendance by
2  Rickenbracker's representative would impose an extraordinary hardship.
3  Furthermore, co-defendant Experian's representative will be attending by telephone.
4  Plaintiff's counsel and Mr. Schmidt do not object to this attendance by telephone.
5  Pursuant to the foregoing, Defendant Rickenbacker is excused from appearing in person at
6  mediation and will be available to participate by telephone for the duration of the session or until
7  excused by the neutral.

IT IS SO ORDERED.

5/27/09
Date

_____
HONORABLE JUDGE WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

199177

-2-

[PROPOSED] ORDER