KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER LLP
Mark F. Anderson (SBN 44787)
445 Bush Street, 6th Floor
San Francisco, CA 94108
Tel:   (415) 861-2265
Fax:   (415) 861-3151
Email: mark@kabolaw.com

*E-FILED - 6/24/09*

Attorneys for Plaintiff Denise Mercado

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MERCADO,<br><br>          Plaintiff,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al<br><br>          Defendants. | Case No. C 08 04956 RMW<br><br>ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS AS AGAINST DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. & RICKENBACKER GROUP, INC. |

Pursuant to the stipulation of the parties, it is hereby ordered that plaintiff's claims against remaining defendants EXPERIAN INFORMATION SOLUTIONS, INC. and RICKENBACKER GROUP, INC. are dismissed with prejudice and without costs to any party pursuant to FRCP 41(a)(1).

Dated: June 24, 2009.

*Ronald M. Whyte*
Judge of the U.S. District Court

Order for Dismissal of Claims in *Mercado v Experian Info Solutions, Inc.*

1